▮ In the Matter of TERRANCE MACK, Appellant, v KAYLA GRIFFIN, Respondent. [986 NYS2d 373]—Appeal from an order of the Family Court, Monroe County (Joseph G. Nesser, J.), entered December 13, 2012 in a proceeding pursuant to Family Court Act article 6. The order denied the petition for visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

▮ JAMES M. HELD et al., Plaintiffs, v THE PIKE COMPANY et al., Defendants and Third-Party Plaintiffs-Respondents. CME ASSOCIATES, INC., Third-Party Defendant-Appellant. [984 NYS2d 903]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 14, 2013. The order, among other things, denied the motion of third-party defendant for summary judgment dismissing the amended third-party complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

▮ In the Matter of RASHAD RUHANI, Petitioner, v ALBERT PRACK, Deputy Commissioner, Inmate Disciplinary Program and Special Housing Unit, Respondent. [986 NYS2d 373]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered September 4, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.